Clyde JOHNSON, Plaintiff—Appellant,

v.

FEDERAL BUREAU OF INVESTIGATION, guns and robbery narcotics department; ATF; U.S. Drug Enforcement Agency; State Government, Defendants—Appellees.

No. 07–1425.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2007.

Decided: Sept. 13, 2007.

Clyde Johnson, Appellant Pro Se.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clyde Johnson appeals the district court's order dismissing his complaint

without prejudice for failure to state a cognizable cause of action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. FBI*, No. 1:07–cv–00651–WDQ (D.Md. Mar. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*